**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **LOCKARD AIRCRAFT SALES CO., INC.,** | ) |
| | ) **Case No. 6:23-cv-01004** |
| | ) |
| **Plaintiff,** | ) **Judge: John W. Broomes** |
| | ) |
| **vs.** | ) **(Transferred from USDC, ND OK,** |
| | ) **Case No. 4:16-cv-469-JWB-CDL)** |
| **DUMONT AIRCRAFT SALES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**MOTION FOR SEALING PLAINTIFF'S PROVISIONALLY SEALED RESPONSE TO
DEFENDANT'S NOTICE REGARDING STATUS OF SETTLEMENT**

Pursuant to Rule 5.4.2 of this District Court, Plaintiff Lockard Aircraft Sales Co. (hereinafter "Plaintiff") hereby requests that Plaintiff's *Response to Defendant's Notice Regarding Status of Settlement* [Doc. 201] be sealed in the public record. In support hereof, Plaintiff states as follows:

1.     The Parties resolved the dispute in this matter and entered into an Agreement.

2.     Plaintiff has alleged Defendant has breached the Agreement, and filed a Motion as a result. Plaintiff's provisionally sealed document was ordered sealed by the Court. [Doc. 198]

3.     Defendant thereafter filed a letter to the Court requesting the hearing on Plaintiff's Motion be stricken or converted to a video-conference hearing. [Doc. 200]

4.     Plaintiff promptly filed a Response. [Doc. 201] Pursuant to Rule 5.4.2 of this Court, Plaintiff filed its Response as provisionally sealed due to the confidential nature of the settlement and the details contained within the Response.

5.     An Order sealing the document is necessary to meet the agreement of the parties and keep the terms of the settlement confidential and free from public consumption.

WHEREFORE, Plaintiff respectfully requests the Court seal Plaintiff's *Response to Defendant's Notice Regarding Status of Settlement* [Doc. 201].

Respectfully submitted,

RICHARDSON RICHARDSON BOUDREAUX

*/s/ Charles L. Richardson*

Charles L. Richardson, OBA #13388
Jason C. Messenger, OBA #19887
Brian C. Trent, OBA #33628
7447 South Lewis Avenue
Tulsa, Oklahoma 74136
(918) 492-7674 – Telephone
(918) 493-1925 – Facsimile
**Attorneys for Plaintiff**

## CERTIFICATE OF MAILING

I hereby certify that on the 10th day of October, 2023, a true and correct copy of the above and foregoing was served on all counsel via e-mail.

Gary P. Lightman, Esq.                    Christopher B. Woods, Esq.
Lightman & Manochi                       King Woods, Law
600 West Germantown Pike, Suite 400      20 East 5th Street, Suite 105
Plymouth Meeting, PA 19462               Tulsa, Oklahoma 74103
garylightman@lightmanlaw.com             cwoods@kingwoodslaw.com

*/s/ Charles L. Richardson*

*For the Firm*